**Shown Dywer REED, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director of the Virginia Department of Corrections, Respondent–Appellee.**

**No. 00–7477.**

United States Court of Appeals, Fourth Circuit.

Submitted April 27, 2001.

Decided May 8, 2001.

Shown Dywer Reed, pro se.

Thomas Drummond Bagwell, Assistant Attorney General, Richmond, VA, for appellee.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Shown Dywer Reed seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Reed v. Angelone,* No. CA–99–1708–2 (E.D.Va. Sept. 26, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*